

FILED
OCT 22 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>V.<br><br>1.) GABRIEL ROMERO MADRID,<br>2.) HONORIO SANTIESTEBAN,<br>3.) CAMILO DIAZ RESENDEZ, JR,<br>4.) MICHAEL LEON,<br>5.) JUAN RODRIGUEZ,<br><br>Defendants. | **SUPERSEDING INDICTMENT**<br><br>MO-14-CR-199<br><br>[Vio: 21 U.S.C. § 846 -<br>Conspiracy;<br>21 U.S.C. § 841(a)(1)-<br>Possession With Intent to<br>Distribute and Distribution of<br>a Controlled Substance] |

THE GRAND JURY CHARGES:

### COUNT ONE
### [21 U.S.C. § 846]

Beginning on or about February 1, 2014, and continuing until on or about June 25, 2014, in the Western District of Texas and elsewhere, the Defendants,

1.) GABRIEL ROMERO MADRID,
2.) HONORIO SANTIESTEBAN,
3.) CAMILO DIAZ RESENDEZ, JR,
4.) MICHAEL LEON, and
5.) JUAN RODRIGUEZ,

did combine, conspire, confederate and agree together, with each other, and with others known and unknown to the Grand Jury to possess with intent to distribute a controlled substance, which offense involved actual methamphetamine, a mixture and substance containing a detectable amount of methamphetamine, and cocaine.

### QUANTITY OF CONTROLLED
### SUBSTANCE INVOLVED IN THE CONSPIRACY

The quantity of actual methamphetamine involved in the conspiracy and attributable to

each Defendant as a result of each Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to each Defendant is fifty (50) grams or more. The quantity of a mixture and substance containing a detectable amount of methamphetamine involved in the conspiracy and attributable to each Defendant as a result of each Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to each Defendant is five hundred (500) grams or more. The quantity of cocaine involved in the conspiracy and attributable to each Defendant as a result of each Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to each Defendant is five (5) kilograms or more.

All contrary to Title 21, United States Code, Sections 841 (a)(1) and 841(b)(1)(A), and in violation of Title 21, United States Code, Section 846.

## UNITED STATES OF AMERICA'S NOTICE OF DEMAND FOR FORFIEITURE

### I.
### Controlled Substances Violations and Forfeiture Statutes
[Title 21 U.S.C. §§ 841(a)(1), (b)(1)(A), (b)(1)(B), and 846, subject to forfeiture pursuant to Title 21 U.S.C. §§ 853(a)(1) and (2). *See* Fed. R. Crim. P. 32.2]

As a result of the foregoing criminal violations set forth in Count, the United States of America gives notice to the Defendants named above of its intent to seek forfeiture of the property described below upon conviction pursuant to Title 21 U.S.C. §§ 853(a)(1) and (2), which state the following:

> **Title 21 U.S.C. § 853. Criminal forfeitures**
> **(a) Property subject to criminal forfeiture**
> Any person convicted of a violation of this subchapter or subchapter II of this chapter punishable by imprisonment for more than one year shall forfeit to the United States, irrespective of any provision of State law-
> > (1) any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation;

(2) any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

This notice of forfeiture includes but is not limited to the property described below.

**Personal Property**

1. $11,642.00, More or Less, in United States Currency;
2. $981.00, More or Less, in United States Currency;
3. 2007 Ford Mustang GT, VIN: 1ZVFT85H675292830;
4. 2013 Kearney Car Hauler Trailer, VIN: 5LCFT1825D1029553;
5. Walther PPK .380 ACP Caliber Pistol, s/n WB003952;
6. New Frontier Armory LW-15 .223 Caliber Rifle, s/n NLV61861;
7. Bear Creek Arsenal BCA15 6.8 Caliber Rifle, s/n 00903;
8. Smith and Wesson M&P 15-22 .22 Caliber Rifle, s/n HBU8137;
9. Springfield Armory XD-9 .9 mm Handgun, s/n XD959788;
10. Sig Sauer M-400 .223 Caliber Pistol, s/n 20C077347;
11. Lancer Mobile Home, label TEX0300140, s/n TX 115426; and

**Real Property**

Real Property located and situated at **62 Sage Road, San Angelo, Tom Green County, Texas**, with all buildings, appurtenances, and improvements thereon, and any and all surface and sub-surface rights, title, and interests, and more fully described as follows:

The SURFACE ESTATE, IN AND TO: Lot 23, Block 2, NORTH VIEW ESTATES REVISED SUBDIVISION, a subdivision to Tom Green County, Texas, according to the map or plat of record in Volume 4, Page 542, Plat Records, Tom Green County, Texas.

A TRUE BILL,

Original signed by the
foreperson of the Grand Jury

_____
FOREPERSON OF GRAND JURY

3

ROBERT PITMAN
UNITED STATES ATTORNEY

*/s/ Brandi Young*

BRANDI YOUNG
Assistant United States Attorney

4