FILED
MAR 11 2015
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ MS
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. MO:14-CR-199 |
| ) | |
| ) | **I N F O R M A T I O N** |
| Plaintiff, ) | |
| ) | [Vio: 21 U.S.C. §§ 841(a)(1) & |
| V. ) | 841(b)(1)(C) -Possession With |
| ) | Intent to Distribute a Controlled |
| JUAN RODRIGUEZ, ) | Substance] |
| ) | |
| Defendant. ) | |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>COUNT ONE</u>
[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C)]

That on or about June 11, 2014 in the Western District of Texas, the Defendant,

**JUAN RODRIGUEZ,**

unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, which offense involved a quantity of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

RICHARD L. DURBIN, JR.
ACTING UNITED STATES ATTORNEY

BY: _____
    BRANDI YOUNG
    Assistant U.S. Attorney

# SEALED

PERSONAL DATA SHEET (REDACTED)
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: March 11, 2015 | MAG CT #: 14-MJ- | FBI #: |
| CASE NO: MO-15-CR- | ASSISTANT U.S. ATTORNEY: Brandi Young | |
| DEFENDANT: JUAN RODRIGUEZ | | DOB: XXXXXXXXXXXX |
| ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | |
| CITIZENSHIP: USC    INTERPRETER NEEDED   LANGUAGE: | | |
| DEFENSE ATTORNEY:<br>Jeff Parras<br>908 West Wall Street<br>Midland, Texas 79701<br>jparras@parraslaw.net | | |
| DEFENDANT IS: In USMS Custody | | |
| DATE OF ARREST: | | BENCH WARRANT:   XXX |
| PROBATION OFFICER: | | |
| NAME AND ADDRESS OF SURETY: | | |
| YOUTH CORRECTIONS ACT APPLICABLE:   No | | |
| PROSECUTION BY:   Information | | |
| OFFENSE (Code and Description):   Ct. 1 21 USC 841(a)(1) & (b)(1)(B) - possession with intent to distribute methamphetamine. | | |
| OFFENSE IS:   FELONY | | |
| MAXIMUM SENTENCE:   Ct. 1 - A maximum 20 year term of imprisonment; a 3 year mandatory minimum term of supervised release; a fine not to exceed $1 million; and a mandatory $100 special assessment. | | |
| PENALTY IS MANDATORY:   As stated above. | | |
| REMARKS:  AGENT:<br>DEA - Justin Olberding | | |

WDT-Cr-3