PROB 12B
(7/93)

# UNITED STATES DISTRICT COURT

**FILED**

for

WESTERN DISTRICT OF TEXAS

AUG 2 8 2015

CLERK, U.S DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                        DEPUTY

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Juan Rodriguez          Case Number: 7:14-CR-199-05 RAJ

Name of Sentencing Judicial Officer: The Honorable Robert Junell, United States District Judge

Date of Original Sentence: June 8, 2015

Original Offense: Possession with Intent to Distribute a Quantity of a Mixture and Substance Containing a Detectable Amount of Methamphetamine in violation of 21 U.S.C. §§ 841(a)(1),(b)(1)(C)

Original Sentence: 12 months and 1 day custody of BOP followed by 3 years supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: July 20, 2015

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term _____ years.

☒ To modify the conditions of supervision as follows:

As to any unpaid balance due and owing fine, the defendant shall make monthly payments of no less than $150.00 each month with the first payment due during the month of September 2015.

⬥Prob 12B
(7/93)

## CAUSE

After reviewing a financial statement submitted by the defendant, it was determined and agreed he could make monthly payments of at least $150.00.

Approved by:

Jason M. Crouch
Supervising U.S. Probation Officer
Telephone: (432) 686-4060, Ext 2239

Respectfully submitted,

by Sonia Perez Mascorro
United States Probation Officer
Date: August 25, 2015

---

THE COURT ORDERS:

☐ No action.

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above.

☐ Other

_____
Senior U.S. District Judge Robert Junell

9 - 26 - 15
_____
Date

/krt

PROB 49
(3/89)

# United States District Court

<u>  Western  </u> District of <u>     Texas     </u>

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

        As to any unpaid balance due and owing fine, the defendant shall make monthly payments of no less than $150.00 each month with the first payment due during the month of September 2015.

Witness _____  Signed _____
             (U.S. Probation Officer)            (Probationer or Supervised Releasee)

                      _8-28-15_
                        (Date)